# EXHIBIT A

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**APRIL 2019**   **001580**

E-Filing Number: 1904025695

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KATHLEEN HOKE-WHITE | FIRST TRANSIT, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 520 COLLINGS AVE., APT. B-903 COLLINGSWOOD NJ 08107 | 2221 E. LAMAR BLVD., SUITE 500 ARLINGTON TX 76006-7447 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | FIRSTGROUP AMERICA, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 2221 E. LAMAR BLVD., SUITE 500 ARLINGTON TX 76006-7447 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal  [ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less  [X] More than $50,000.00 | [ ] Arbitration  [ ] Mass Tort  [ ] Commerce  [ ] Settlement  [ ] Jury  [ ] Savings Action  [ ] Minor Court Appeal  [ ] Minors  [X] Non-Jury  [ ] Petition  [ ] Statutory Appeals  [ ] W/D/Survival  [ ] Other: |

CASE TYPE AND CODE

20 - PERSONAL INJURY - OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY  APR 10 2019  M. BRYANT | IS CASE SUBJECT TO COORDINATION ORDER?  YES   NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: KATHLEEN HOKE-WHITE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BRAD S. RUSH | 123 SOUTH BROAD STREET SUITE 2250 PHILADELPHIA PA 19109 |
| PHONE NUMBER: (215)735-5476 | FAX NUMBER: (215)735-9057 |
| SUPREME COURT IDENTIFICATION NO. 72896 | E-MAIL ADDRESS brad@kovlerrush.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY BRAD RUSH | DATE SUBMITTED Wednesday, April 10, 2019, 12:50 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

THIS IS A NON-JURY MATTER
ASSESSMENT OF DAMAGES IS REQUIRED

Filed and Attested by the
Office of Judicial Records
10 APR 2019 12:50 pm
M. BRYANT

KOVLER & RUSH, P.C.
BY: BRAD S. RUSH, ESQUIRE                    Attorney for Plaintiff
Atty. ID NO.: 72896
123 South Broad Street, Suite 2250
Philadelphia, Pennsylvania 19109
(215)735-5476

| | |
|---|---|
| KATHLEEN HOKE-WHITE<br>520 Collings Avenue, Apt. B-903<br>Collingswood, NJ 08107 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>: |
| vs. | :<br>: |
| FIRST TRANSIT, INC<br>2221 E. Lamar Blvd., Suite 500<br>Arlington, TX  76006-7447<br>And<br>FIRSTGROUP AMERICA, INC.<br>2221 E. Lamar Blvd., Suite 500<br>Arlington, TX  76006-7447 | : NO.:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br>*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*<br><br>Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>1101 Market Street<br>Philadelphia, PA  19107<br>215-238-6333<br>TTY 215-451-6197 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*<br><br>Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>1101 Market Street<br>Philadelphia, PA  19107<br>215-238-6333<br>TTY 215-451-6197 |

THIS IS A NON-JURY MATTER
ASSESSMENT OF DAMAGES IS REQUIRED

KOVLER & RUSH, P.C.
BY: BRAD S. RUSH, ESQUIRE          Attorney for Plaintiff
Atty. ID NO.: 72896
123 South Broad Street, Suite 2250
Philadelphia, Pennsylvania 19109
(215)735-5476

| | |
|---|---|
| KATHLEEN HOKE-WHITE | : COURT OF COMMON PLEAS |
| 520 Collings Avenue, Apt. B-903 | : PHILADELPHIA COUNTY |
| Collingswood, NJ 08107 | : |
| vs. | : |
| FIRST TRANSIT, INC | : NO.: |
| 2221 E. Lamar Blvd., Suite 500 | : |
| Arlington, TX 76006-7447 | : |
| And | : |
| FIRSTGROUP AMERICA, INC. | : |
| 2221 E. Lamar Blvd., Suite 500 | : |
| Arlington, TX 76006-7447 | : |

## COMPLAINT

### CIVIL ACTION

1. Plaintiff is an individual residing at the address above address.

2. Defendant, First Transit, Inc., is a corporation or other business entity with offices located at the address above address.

3. Defendant, Firstgroup America, Inc., is a corporation or other business entity with offices located at the address above address.

### COUNT I
### KATHLEEN HOKE-WHITE VS. FIRST TRANSIT, INC. AND FIRSTGROUP AMERICA, INC.
### (LIABILITY)

4. Plaintiff realleges each and every allegation contained in paragraphs 1 through 3 as if more fully set forth herein.

5.    On or about July 17, 2017, at approximately 2:00 p.m., Plaintiff, Kathleen Hoke-White was a lawful passenger and fare-paying customer on defendants' vehicle, which was being operated at the Philadelphia International Airport, Philadelphia, Pennsylvania, specifically at the economy parking lot, when defendants' vehicle door or doors were operated in such a careless, reckless and negligent manner, so as to cause them to close and strike plaintiff, and as a result thereof, plaintiff suffered injuries and damages as hereinafter more fully set forth.

6.    All of the acts done or not done by the defendants were done or not done by its agent, servant, workman and/or employee, acting in the course and scope of his/her employment, for and on behalf of the defendants.

7.    The accident was caused solely as a result of the carelessness, recklessness and negligence of the defendants, by and through its agent, servant, workman and/or employee, who was acting within the course and scope of his/her agency or employment and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff.

8.    The carelessness, recklessness and negligence of the defendants, herein consisted of:

    a.   Failing to operate said vehicle and vehicle door or doors with due regard to the rights, position and safety of the plaintiff;

    b.   Failing to maintain said vehicle and vehicle door or doors under the proper and adequate control under the circumstances;

    c.   Failing to keep a proper lookout;

d. Carelessly, recklessly and negligently operating said bus door or doors;

e. Violations of the Statutes of the Commonwealth of Pennsylvania and Local Ordinances; and

f. Otherwise failing to use due and proper care under the circumstances.

9. As a result of the aforesaid, Plaintiff, Kathleen Hoke-White, sustained severe personal injuries, including but not limited to cervical, thoracic and lumbar strain and sprain, cervical and lumbar radiculopathies, post traumatic cephalgia, cervical and lumbar facet syndrome, cervical disc herniations, lumbar disc bulges, all of which may be permanent in nature and all of which caused and will continue to cause plaintiff to suffer great pain and mental anguish, to her damage and loss.

10. As a further result of the aforesaid, plaintiff has and may in the future be obliged to spend large and various sums of money in endeavoring to treat and cure plaintiff of her aforesaid injuries, to her damage and loss.

11. As a result of the aforesaid, plaintiff has and may in the future be hindered and prevented from attending to her usual and daily duties and occupations, and has and may in the future experience grievous pain and mental anguish, to her damage and loss.

WHEREFORE, Plaintiff, Kathleen Hoke-White, demands judgment against the Defendants, First Transit, Inc. and Firstgroup America, Inc., jointly and severally, in an amount of money in excess of Fifty Thousand ($50,000.00) Dollars.

Dated: 4/10/19

KOVLER & RUSH, P.C.

BY: *Brad Rush*
BRAD RUSH, ESQUIRE
ATTORNEY FOR PLAINTIFF

# VERIFICATION

The undersigned, being duly sworn according to law, deposes and says that he is counsel for the party or parties indicated on the preceding pages as being represented by said counsel, that he has examined the pleading and the entire investigative file made on behalf of said party or parties, that he is taking this verification to assure compliance with the pertinent rules pertaining to timely filing of pleading and other documents described by said rules; and the facts set forth in the foregoing documents are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4940 relating to unsworn falsification to authorities.

Date: 4/10/19

KOVLER & RUSH, P.C.

BY: _____
BRAD S. RUSH
Attorney for Plaintiff

# EXHIBIT B

KOVLER & RUSH, P.C.
BY: BRAD S. RUSH, ESQUIRE     Attorney for Plaintiff
Atty. ID NO.: 72896
123 South Broad Street, Suite 2250
Philadelphia, Pennsylvania 19109
(215)735-5476

*Filed and Attested by the
Office of Judicial Records
16 APR 2019 12:11 pm*

| | |
|---|---|
| KATHLEEN HOKE-WHITE | : COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY |
| vs. | : |
| | : |
| FIRST TRANSIT, INC. and | : NO.: 190401580 |
| FIRSTGROUP AMERICA, INC. | : |

## AFFIDAVIT OF SERVICE ON
## DEFENDANT, FIRST TRANSIT, INC.

1.     I, the undersigned, Brad S. Rush, Esquire, am the attorney for the Plaintiff in the above-captioned matter.

2.     I mailed a true and correct copy of the Civil Action Complaint in this matter to Defendant, First Transit, Inc., at their last known address via regular U.S. mail as well as via certified, return receipt requested bearing article number 7014 3490 0000 7868 7747.

3.     I am attaching a printout from USPS Tracking indicating that the Civil Action Complaint was delivered on **April 15, 2019**. The aforesaid USPS Tracking printout is attached hereto.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

KOVLER & RUSH, P.C.

DATE: 4-16-19     BY: _____

BRAD S. RUSH
Attorney for Plaintiff

Sworn and Subscribed
before me this _16th_ day
of _April_, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MELANY KREFT, Notary Public
Philadelphia County
My Commission Expires December 6, 2021
Commission Number 1286291

Case ID: 190401580

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70143490000078687747

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 2:38 pm on April 15, 2019 in ARLINGTON, TX 76006.

## ⊘ Delivered

April 15, 2019 at 2:38 pm
Delivered, Front Desk/Reception/Mail Room
ARLINGTON, TX 76006

Get Updates ∨

---

**Text & Email Updates** 

---

**Tracking History** 

**April 15, 2019, 2:38 pm**
Delivered, Front Desk/Reception/Mail Room
ARLINGTON, TX 76006
Your item was delivered to the front desk, reception area, or mail room at 2:38 pm on April 15, 2019 in ARLINGTON, TX 76006.

**April 15, 2019**
In Transit to Next Facility

**April 12, 2019, 10:59 pm**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

Case ID: 19040158(

**April 12, 2019, 9:13 am**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**April 10, 2019, 10:33 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

**The easiest tracking number is the one you don't have to know.**

Case ID: 190401580

# EXHIBIT C

KOVLER & RUSH, P.C.
BY: BRAD S. RUSH, ESQUIRE          Attorney for Plaintiff
Atty. ID NO.: 72896
123 South Broad Street, Suite 2250
Philadelphia, Pennsylvania 19109
(215)735-5476

*Filed and Attested by the
Office of Judicial Records
16 APR 2019 12:11 pm
G. RICE*

| KATHLEEN HOKE-WHITE | : COURT OF COMMON PLEAS |
|---|---|
|  | : PHILADELPHIA COUNTY |
| vs. | : |
| FIRST TRANSIT, INC. and | : NO.: 190401580 |
| FIRSTGROUP AMERICA, INC. | : |

### AFFIDAVIT OF SERVICE ON
### DEFENDANT, FIRSTGROUP AMERICA, INC.

1. I, the undersigned, Brad S. Rush, Esquire, am the attorney for the Plaintiff in the above-captioned matter.

2. I mailed a true and correct copy of the Civil Action Complaint in this matter to Defendant, Firstgroup America, Inc., at their last known address via regular U.S. mail as well as via certified, return receipt requested bearing article number 7014 3490 0000 7868 7730.

3. I am attaching a printout from USPS Tracking indicating that the Civil Action Complaint was delivered on **April 15, 2019**. The aforesaid USPS Tracking printout is attached hereto.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

KOVLER & RUSH, P.C.

DATE: 4-16-19          BY: _____

BRAD S. RUSH
Attorney for Plaintiff

Sworn and Subscribed
before me this _16th_ day
of _April_, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MELANY KREFT, Notary Public
Philadelphia County
My Commission Expires December 6, 2021
Commission Number 1288291

Case ID: 190401580

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70143490000078687730

Remove ✗

Your item was delivered to the front desk, reception area, or mail room at 2:38 pm on April 15, 2019 in ARLINGTON, TX 76006.

## ✓ Delivered

April 15, 2019 at 2:38 pm
Delivered, Front Desk/Reception/Mail Room
ARLINGTON, TX 76006

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**April 15, 2019, 2:38 pm**
Delivered, Front Desk/Reception/Mail Room
ARLINGTON, TX 76006
Your item was delivered to the front desk, reception area, or mail room at 2:38 pm on April 15, 2019 in ARLINGTON, TX 76006.

**April 15, 2019**
In Transit to Next Facility

**April 12, 2019, 10:58 pm**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

Case ID: 19040158(

**April 12, 2019, 9:13 am**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**April 10, 2019, 10:33 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**Product Information** ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

Feedback

The easiest tracking number is the one you don't have to know.

Case ID: 190401580